UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(HONORABLE R. GARY KLAUSNER)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 04CR00515-RGK |
| Plaintiff, | ) ) ) | |
| v. | ) ) | (**PROPOSED**) **ORDER UNSEALING PROCEEDINGS TO PROVIDE TRANSCRIPTS TO APPELLATE COUNSEL AND THEN RESEAL.** |
| | ) ) ) | |
| MATTHEW C. RUBIN, | ) ) | |
| Defendant. | ) ) | |

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED** that Court Reporters Katherine Stride and Sandra MacNeil shall prepare and furnish a copy of the transcripts for the proceedings heard in this matter before this Court on 6/6/13 and 6/10/13 to counsel for Appellant Matthew Rubin. Further, appellate counsel may provide a copy of these transcripts to the government in the event that the transcripts are used in this direct appeal. Furthermore, consistent with Ninth Circuit rules, any of these transcripts that are submitted as part of the appeal in this case will be filed under seal.

After these transcripts have been provided to appellate counsel, the proceedings shall be resealed.

**SO ORDERED.**

Dated: November 4, 2013

_____
HONORABLE R. GARY KLAUSNER
United States District Court Judge

cc: Blanca Carvajal